# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FORREST,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN WETZEL, *et al.*,<br><br>  Defendants. | NO. 3:17-CV-1777<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 23rd day of October, 2018, **IT IS HEREBY ORDERED** that:

(1)  The Motion to Appoint Counsel (Doc. 5) is **DENIED** without prejudice.

(2)  Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(3)  The United States Marshal is directed to serve Plaintiff's Amended Complaint (Doc. 9) on the named Defendants.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge
