**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL FORREST,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:17-CV-1777** |
| **v.** | : |
| | : **(Judge Caputo)** |
| **JOHN WETZEL,** *et al.,* | : |
| **Defendants** | : |

**O R D E R**

**AND NOW**, this **3rd** day of **JUNE 2019**, in accordance with the accompanying Memorandum issued this date, it is **ORDERED** that:

1. Plaintiff's motion for reconsideration (ECF No. 53) is **DENIED**.

2. Plaintiff's motion for reconsideration (ECF No. 54) is **DENIED**.

3. Plaintiff's motion for leave to file a supplemental complaint (ECF No. 59) is **DENIED**.

4. Plaintiff's motion for leave to file a supplemental complaint (ECF No. 60) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**