# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FORREST, | : | Civil No. 3:17-CV-1777 |
| Plaintiff, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, this 19th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for a temporary restraining order is **DENIED**.  (Doc. 20.)

s/ Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge