# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FORREST, | : | Civil No. 3:17-CV-1777 |
| Plaintiff, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 21st day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motions requesting relief from the United States Court of Appeals for the Third Circuit (Docs. 101, 103, 104 and 170) are **DENIED** as moot.

2. Plaintiff's motions to amend or supplement his Amended Complaint (Docs. 164, 192, 194 and 222) are **DENIED IN PART AND GRANTED IN PART**.

3. Plaintiff is **GRANTED** thirty (30) days to file a supplemental complaint limited to his retaliatory transfer claim against the Defendants.

4. Plaintiff's motions to compel discovery and/or sanctions (Docs. 129, 143, 150, 154, 158, 159, 177, 178 and 180) are deemed **WITHDRAWN**. *See* Pa. M.D. Local Rule 7.5

5. Plaintiff's motions for a protective order (Docs. 182 and 184) are deemed **WITHDRAWN**. *See* Pa. M.D. Local Rule 7.5.

6. Plaintiff's motions to depose Dr. Kioni (Docs. 198 and 201) pursuant to Fed. R. Civ. P. 30 are **DENIED**.

7. Plaintiff's motion for emergency parole (Doc. 203) is **DENIED** without prejudice.

8. Plaintiff's motion for extension of time to complete discovery (Doc. 166) is **DENIED** without prejudice.

9. Defendants' joint motion for extension of time to file motions for summary judgment (Doc. 202) is **DISMISSED** as moot.

10. The Commonwealth Defendants' motion for summary judgment (Doc. 206) is **DISMISSED** without prejudice.

11. The Medical Defendants' motion for summary judgment (Doc. 210) is **DISMISSED** without prejudice.

12. Plaintiff's motions to exceed page limitation (Docs. 212 and 229) are **DISMISSED** as moot.

13. Within sixty (60) days of this Order, Plaintiff may file a properly supported motion to compel discovery as to any existing discovery disputes. Upon resolution of any such motion, the court will set new discovery and dispositive motions deadlines.

14. If Plaintiff fails to file a timely and properly supported motion to compel, the Court will set new discovery (limited to Plaintiff's retaliatory transfer claim) and dispositive motions deadlines.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania