# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FORREST, | : | Civil No. 3:17-CV-1777 |
| Plaintiff, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 22nd day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions for appointment of counsel are conditionally **GRANTED**. (Docs. 90, 96, 112, 186 and 189.) If counsel cannot be located to represent Plaintiff, this conditional order will be revoked.

2. The Clerk of Court shall **FORWARD** a copy of this order and accompanying memorandum to the Chair of the Federal Bar Association's Pro Bono Committee, Michael A. O'Donnell, Esq., O'Donnell Law Offices, 267 Wyoming Ave., Kingston, Pennsylvania, 18704, who shall facilitate the selection of a member of the Bar Association to represent Plaintiff in this matter.

3. Appointed counsel for Plaintiff is **DIRECTED** to file an entry of appearance with the Court no later than thirty (30) days from the date of this order.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
