UNITED STATES DISTRICT COURT MIDDLE
DISTRICT PENNSYLVANIA

MICHAEL FORREST,
      Plaintiff,
      v.
JOHN WETZEL, et al.,
      Defendants.

Civil Action No.
3:17-CV-1777

April 30, 2021

APPELLATE COURT NO. _____

FILED SCRANTON
MAY 05 2021
PER ___ DEPUTY CLERK

## NOTICE OF APPEAL

Notice is hereby given I Michael Forrest, plaintiff in the above captioned matter, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment, i.e. ("Interlocutory Appeal") from judge Jennifer P. Wilson's April 21, 22 and 23 2021 Order(s) (Doc 258) Stricken from record and (docs 247, 248) denying Forrest's motions to amend; (Doc 329) Plaintiff's Motion to Supplement, (344) Plaintiff's Motion to Compel, (353) Plaintiff's impeachment motion(s); Dispositive Motions Order April 21, 2021, allowing the Defendants to file a Second Motion For Summary Judgment after denying their First Joint Motion for Summary Judgment. Reason: Courts Abuse of Discretion that prejudiced plaintiff while his life is in imminent danger and irreparable injury.

Michael Forrest #MX1567, SCI-Coal Township
1 Kelley Dr, Coal Township, PA 17866

Respectfully,
/s/ Michael Forrest

UNITED STATES DISTRICT COURT MIDDLE DISTRICT PENNSYLVANIA

FORREST V. WETZEL, et al

APPELLATE COURT NO.

(USDC, MD COURT NO. 3:17-CV-1777)

## CERTIFICATE OF SERVICE

April 30, 2021, Original and two (2) copies of

1) NOTICE OF APPEAL: FROM THE APRIL 21, 22, 23 2021 Orders Of Judge Jennifer P. Wilson U.S.DC Middle DISTRICT, PA

was mail by plainTiff Michael Forrest to

2) clerk, United States District Court Middle District, PA, William J. Nealon Federal Bldg & U.S. Courthouse, P.O. Box 1148, 235 N. Washington Ave, Scranton, PA 18501-1148

by placing them Inside two (2) separate envelopes and mailing via SCI-Coal Township AB block procedures.

Respectfully,

Michael Forrest #MX1567
1 Kelley Dr., Coal Township
PA 17866

Michael Forrest #MX1567
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866

United States District Court
Middle District, PA, Clerk
William J. Nealon Federal Bldg
U.S. Courthouse, P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18501-1148

INMATE MAIL
HARRISBURG PA 17
PA DEPT OF
CORRECTIONS
LEGAL

RECEIVED
SCRANTON
MAY 05 2021
PER ___ DEPUTY CLERK

US POSTAGE PITNEY BOWES
ZIP 17866 $ 000.51°
02 4W
0000365961 MAY 03 2021

18501-500199